HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
JANET BATEMAN, CA Bar #241210
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
ALICE PIGG

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:15-cr-00327 DAD-BAM |
| Plaintiff, | **STIPULATION FOR RULE 43 WAIVER FOR DEFENDANT;  ORDER THEREON** |
| vs. | |
| ALICE PIGG, | Date:   February 22, 2016 |
| Defendant. | Time:  1:00 p.m. |
| | Judge:  Hon. Barbara A. McAuliffe |

Pursuant to F. R. Crim. P. 43(b)(3), Defendant, Alice Pigg, having been advised of her right to be present at all stages of the proceedings, hereby requests that this Court proceed in her absence on every occasion that the Court may permit, including but not limited to, hearings on questions of law, pursuant to this waiver.  Defendant agrees that her interests shall be represented at all times by the presence of her attorney, the Office of the Federal Defender for the Eastern District of California, the same as if Defendant were personally present, and requests that this court allow her attorney to represent her interests at all times.  Defendant further agrees that notice to defendant's attorney that defendant's presence is required will be deemed notice to the defendant of the requirement of his appearance at said time and place.  This notice permits her absence, and does not require it.

Ms. Pigg does not drive, lives over one hour away, and has serious medical conditions that result in pain and discomfort while traveling.

The government is agreeable to defense counsel appearing without defendant pursuant to this requested Rule 43 waiver.

This request is made pursuant to Fed.R.Crim.P. 43(b)(3).

Respectfully submitted,

Date:  February 16, 2016          */s/ Patrick Delahunty*
                                  PATRICK DELAHUNTY
                                  Yosemite Legal Officer
                                  Attorney for Plaintiff


                                  HEATHER E. WILLIAMS
                                  Federal Defender

Date: February 16, 2016           */s/ Janet Bateman*
                                  JANET BATEMAN
                                  Assistant Federal Defender
                                  Attorney for Defendant
                                  ALICE PIGG

# **O R D E R**

GOOD CAUSE APPEARING, the above request for Defendant's appearance may be waived at any and all pretrial proceedings until further order.

IT IS SO ORDERED.

Dated:  **February 17, 2016**         /s/ *Barbara A. McAuliffe*
                                      UNITED STATES MAGISTRATE JUDGE